IN THE CIRCUIT COURT OF THE
THIRTEENTH JUDICIAL CIRCUIT, IN AND FOR
HILLSBOROUGH COUNTY, FLORIDA

RICHARD COLON, on behalf of
himself and all others similarly
situated,

       Plaintiff,

vs.

S E INDEPENDENT DELIVERY
SERVICES INC., a Florida Corporation,

       Defendant.
_____/

CASE NO:
(Class Representation)

## CLASS ACTION COMPLAINT

Comes now, RICHARD COLON, on behalf of himself and all others similarly situated, by and through his undersigned counsel, brings this action pursuant to Florida R. Civ. P. 1.220 (b)(1)(B) and 1.220 (b)(3) against the Defendant, S E INDEPENDENT DELIVERY SERVICE, INC., a Florida Corporation (herein after referred to as "SEIDS") and states as follows:

## GENERAL ALLEGATIONS

1.     This is a class action for damages in excess of $15,000.00 exclusive of attorneys' fees and court costs.

2.     Plaintiff, RICHARD COLON, is a Florida resident and is in all respects, sui juris.

3.     Defendant, SEIDS, is a corporation authorized to do business in the state of Florida.

4.     Venue is proper in Hillsborough County, Florida based upon the venue provision in the contract described below.

## CLASS REPRESENTATION ALLEGATIONS

5. Pursuant to Florida R. Civ. P. 1.220 (b)(1)(B) and 1.220 (b)(3), Plaintiff, RICHARD COLON brings this claim on behalf of all independent contractor drivers who entered into an independent contractor agreement with SEIDS within the last 5 years prior to the filing of this initial Class Action Complaint.

6. This class consists of: all persons who had a contractual relationship with SEIDS to be an independent contract delivery driver through a contractual agreement identical or substantially identical to the contract attached hereto as **Exhibit "A".**

7. Numerosity. Plaintiff, RICHARD COLON alleges on information and belief that the number of class members is so numerous that joinder of all members is impractical. This allegation is based upon Plaintiff's belief that SEIDS enters into contracts with independent delivery drivers across the southeast region of the United States including but not limited to the states of: Florida, Georgia, North Carolina, South Carolina, Alabama, and Texas. Further, SEIDS has registered with the United States Department of Transportation that as of May 17, 2017, SEIDS had 1,050 drivers who, upon information and belief, were independent contractors pursuant to identical or substantially identical contract as the contract attached hereto as Exhibit "A".

8. The members of this class will be easily ascertained from the records of SEIDS when discovery commences herein.

9. Commonality and Typicality. Plaintiff, as class representative raises questions of law in fact that are common to the claims of each member of the class. Specifically, the central issues raised by this action are whether the Defendant, SEIDS, breached its contract with the Plaintiff by not paying Plaintiff his contractually agreed to payments perform pursuant to the contract attached hereto as Exhibit "A".

10. The claim of the class representative is typical of the claims of each member of the class.

11. The class representative is a Florida resident who will fairly and adequately protect and represent the interest of each member of the class. Additionally, the class representative is fully cognizant of his responsibilities as class representative, and has retained experienced counsel fully capable of, and intent upon, vigorously pursuing this action.

12. <u>Adequacy.</u> The question of law or fact common to the class representative' claim and each claim of each member of the class predominate over any question of law or fact effecting only individual members of the class. Additionally, the prosecution of separate claims by or against individual member of the class would create a risk of the class which would, as a practical matter, be dispositive of the interest of other members of the class who are not parties to the adjudications, or would substantially impair or impede the ability of other members of the class who are not parties to the adjudication to protect their interest. Class representation is therefore clearly superior to other available methods for the fair and efficient adjudication of this controversy.

## **COUNT I- BREACH OF CONTRACT**

13. Reincorporate paragraph 1-12 as set forth herein.

14. Plaintiff, class representative, RICHARD COLON, entered into a contract with SEIDS entitled "Equipment Lease and Truckman's Agreement" ("Contract") whereby Plaintiff agreed to act as an independent contractor and delivery driver for SEIDS delivering furniture for Rooms To Go to the customer's house. See Exhibit "A".

15. Upon information and belief, SEIDS is the exclusive delivery company for Rooms To Go and is a wholly owned subsidiary of same.

16. Plaintiff and the class he represents in this action was to be paid pursuant to the

3

compensation scheduled attached as Exhibit "C" to the Contract.

17. Defendant SEIDS breached its contract with Plaintiff and the class members Plaintiff represents by failing to properly pay the agreed upon amounts to Plaintiff for certain categories of work performed by the Plaintiff. Specifically, Defendant breached the contract by failing to pay the Plaintiff and the class he represents for "specials", "return deliveries", and "refusals".

18. Defendant SEIDS also breached the contract by overcharging Plaintiff and the class he represents by collecting insurance premiums in excess of SEIDS "expense and cost in obtaining and administering such coverage" as required by paragraph 5 of Exhibit "D" to the Contract.

19. Plaintiff and the class he represents has been damaged as a result of Defendant's breaches of contract.

20. Plaintiff has retained the undersigned law firms and has agreed to them a reasonable fee representation in this matter.

21. Plaintiff on behalf of himself and the class he represents demands payment for his attorneys' fees as the prevailing party in this action pursuant to paragraph 20 of the Contract.

Wherefore, RICHARD COLON, individually and as class representative, respectfully requests that this court:

1. Declare the Plaintiff to be the proper class representative,
2. Enter judgment in favor of the Plaintiff and the class or persons which he represents and award damages as a result of the Defendant, S E INDEPENDENT DELIVERY SERVICES INC.'s breaches of contract, prejudgment interest, attorneys' fees and court costs, and,
3. Any other relief this Court deems just and necessary.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial on all issues so triable as of right.

DATED submitted this **30th** day of May, 2017.

                                    **CHRISTOPHER R. TURNER, PLLC**
*Attorney for Plaintiff*
1305 E. Robinson St.
Orlando, FL 32801
Telephone: 407-796-2278
Facsimile: 407-630-8737

By: _____
Florida Bar Number 47150
Designated Service Address:
eservice@crtlegal.com


_____
WILLIAM G. OSBORNE, ESQUIRE
Florida Bar No. 273783
**WILLIAM G. OSBORNE, P.A.**
1305 E. Robinson St.
Orlando, Florida 32801
(407) 894-1534
(407) 894-1535 (Facsimile)
Service address: Service@osborneattorneys.com
Co-Counsel for Plaintiff

5