EXHIBIT

1

Case 8:17-cv-01578-JDW-MAP  Document 67-1  Filed 05/23/18  Page 2 of 7 PageID 1908

Richard Colon                                          November 3, 2017
Colon vs. SE Independent Delivery

Page 1

1            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
2                  TAMPA DIVISION
            CASE NO. 8:17-cv-1578-T-27MAP
3

   RICHARD COLON, on behalf of
4  Himself and all others
   Similarly situated,
5            Plaintiff,
   v.
6  SE INDEPENDENT DELIVERY
   SERVICES INC.,
7            Defendant.
8

           VIDEOTAPED DEPOSITION OF RICHARD COLON
9                           Orlando, FL
                            November 3, 2017
10 The videotaped deposition of Richard Colon was
   convened on Friday, November 3, 2017, commencing at
11 9:15 a.m., at the offices of Christopher L. Turner,
   1305 East Robinson, Orlando, Florida, before Paula
12 G. Satkin, Registered Professional Reporter and
   Notary Public.
13 Job No. 2743354
14
15
16
17
18
19
20
21
22
23
24
25

Richard Colon
Colon vs. SE Independent Delivery
November 3, 2017

Page 66

1    happened with the refusal that's listed there in

2    your January 8th deliveries?  Why do you think

3    that's any different situation?

4        A     Because I monitored it.  I started

5    monitoring my settlement sheets.  So I take pictures

6    of my manifest and I write down next to it,

7    "exchange complete," wait for the settlement check

8    to come and then I look down my breakdowns and

9    notice that I got just $9 for it.

10       Q     So you think that on your second day

11   delivering, January 8, 2013?

12       A     Yes.

13       Q     That you compared your -- is it your

14   manifest?

15       A     No.  It wasn't on this particular day.

16       Q     So on this particular day -- all I want to

17   talk is about this refusal that happened on

18   January 8, 2013.

19       A     Okay.

20       Q     Why do you say that had anything to do

21   with an exchange?

22       A     Well, to really understand -- this

23   paperwork right here doesn't really explain much.

24   Now, if we had the manifest for that day with the

25   information on it, customer information and

Page 67

1    everything, I could really break it down better.

2    Then I'll know what happened that day.  This

3    particular paperwork doesn't explain much.

4         Q    So just looking at that refusal on

5    January 8, 2013, you don't know if that was some

6    kind of a refused exchange or simply a delivery that

7    was refused; correct?

8         A    To really understand that particular day

9    and that refusal I would need the proper paperwork

10   to see it.

11        Q    You would need to compare a manifest with

12   that code entry?

13        A    Yes.  The final manifest for that day.

14        Q    And you would have to do that for every

15   entry in these four years of billing statements that

16   said refusal; wouldn't you?

17        A    Yes.  I need to separate them.  I need to

18   have customer signature so I can compare it with the

19   manifest and the signature to see if those were

20   completed or not.

21        Q    So what you would propose to do?  You

22   would go back, you would take the manifest for

23   January 8, 2013, and you would look for this

24   delivery here?

25        A    Yes.

Page 68

1      Q      And you would look to see whether it was

2   simply a refused delivery or whether it was an

3   exchange with refusal?

4      A      Yeah.  I would be able to break it down

5   much easier.

6      Q      You would have to go entry by entry;

7   right?

8      A      Yes.  I have a spreadsheet.  I don't have

9   to go through this.  I have a spreadsheet where I

10  could go to the date things when happened, make it

11  easier for me.

12     Q      And what kind of spreadsheet are you

13  talking about?

14     A      A spreadsheet that I developed.

15     Q      You developed from these billing reports?

16     A      Yes, sir.

17     Q      So somehow you converted all these billing

18  reports into a spreadsheet?

19     A      Yes, sir.

20     Q      And if you wanted to find out what another

21  driver was allegedly owed for one of these refusals,

22  you would have to get his or her manifest and do the

23  same comparison process; right?

24     A      Yes.

25     Q      Line by line?

Page 69

1      A      Yes.

2      Q      Now, if you look at this refusal on the

3   manifest and it's just a refused delivery, no

4   exchange involved, just a refused delivery, the

5   compensation should be zero; right?

6      A      Yes, sir.

7      Q      So you were overpaid by $9 if that was the

8   case?

9      A      Once we see the manifest we can determine

10  what kind of refusal it was that particular day.

11     Q      Go up a few entries.  See the exchange we

12  talked about, still on January 8th?

13     A      Yes.

14     Q      Do you see the item number?

15     A      On January 8th?

16     Q      The first line of January 8th entry where

17  it says exchange?

18     A      Yes.

19     Q      You see an item number?

20     A      Yes.

21     Q      You see the last two letters of that item

22  number, EX?

23     A      Yes.

24     Q      Isn't that how an exchange is flagged on

25  these billing reports?

Page 223

1  be accurate.  The refusals, when I further received

2  documentation then I can really pinpoint

3  everything -- then I could verify everything.

4       Q     I'm not sure I'm following you.  So maybe

5  let's take a concrete example.  Can you open up and

6  let's look at that page from Defendant's Exhibit 3

7  we've looked at a bunch of times, the one that's

8  stamped 002 at the bottom?

9       A     Okay.

10      Q     This is your first few days of delivering

11 for SEIDS?

12      A     Yes.

13      Q     So I see at the top left-hand corner of

14 this page I see a statement date of January 16th,

15 2013.  Do you see that?

16      A     Yes.

17      Q     And that's the date you wrote in the first

18 block of the first column on your damages

19 calculation?

20      A     Yes.

21      Q     So that's a statement date, not

22 necessarily the date of the refusal?

23      A     1/16.  No.  That's an error.

24      Q     I'm not sure it is.  Let me ask you this.

25      A     I don't think I worked the 16th.