EXHIBIT 2

**Isani, Jamie Zysk**

| | |
|---|---|
| **From:** | Christopher Turner <chris@crtlegal.com> |
| **Sent:** | Friday, May 18, 2018 10:18 AM |
| **To:** | Isani, Jamie Zysk |
| **Cc:** | Bill Osborne; Elizabeth Dunnigan; Lee, Corey; Chad K. Lennon (Lennon@bmelaw.com); lowrey@bmelaw.com |
| **Subject:** | Re: Colon v. SEIDS - Response to Plaintiff's Fourth Request to Produce |

Jamie,

We will get you a spreadsheet of the refusals that list their items numbers but it will be all of the refusals on his settlement sheets. Until we see the back ups to the refusals we cannot gauge whether they were paid properly.

What documents (including electronic documents) does your client have that would show whether these deliveries were in fact refused by the customer. Perhaps there is way we can streamline this if we know how the documents are stored or can be accessed.

Sincerely,

Christopher R. Turner, Esq.



1305 E. Robinson St.
Orlando, Fl 32801

P: (407) 796-2278
F: (407) 630-8737
www.crtlegal.com


On May 17, 2018, at 5:47 PM, Isani, Jamie Zysk <jisani@hunton.com> wrote:

Chris, it would be helpful if you could send a spreadsheet with the order number (item) and the date of the refusal entry (or the date of the settlement sheet on which it appears).  Once we have a handle on the number of refusals with respect to which you are seeking discovery and whether they are identifiable, we can assess the burden involved and provide you with our position.

Regards,
Jamie