EXHIBIT

3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD COLON, on behalf of himself and all
others similarly situated,

      Plaintiff,

v.

SE INDEPENDENT DELIVERY SERVICES INC.,

      Defendant.

CASE NO. 8:17-cv-1578-JDW-MAP

## DECLARATION OF TERRI HARRINGTON

1.

My name is Terri Harrington. I am over the age of twenty-one and competent to make this declaration, which is based on my personal knowledge.

2.

I am an accounting manager employed by SE Independent Delivery Services, Inc. ("SEIDS") and have held that position since 2003. My responsibilities include processing payments to contractors who work in the division of SEIDS managed by Matt Cohen.

### Refusal Claims

3.

I understand that the claims raised by Plaintiff Richard Colon in the above-styled action include claims that certain entries marked "REFUSAL" on his settlement sheets were actually completed deliveries, returns, or exchanges.

1669852.1

4.

To my knowledge, there is no way to electronically cull out all the refusal entries on a contractor's weekly settlement sheets.  Rather, identifying all the refusal entries on a contractor's weekly settlement sheets would require a manual review of each contractor's settlement sheets.

5.

Numerous documents contain information that bears on whether a delivery, return, or exchange was refused or accepted by a customer, including:

- Delivery Histories, which contain a field for contractors to note a "Rejection Reason" when a customer refuses a delivery;

- The Customer Service Notebook, in which notes regarding the status and progress of an order are entered;

- Sales Orders, which are generated for returns and exchanges as well as initial orders;

- Data, including customer signature data, from electronic devices ("PDEs") carried by SEIDS contractors; and

- Paper Manifests (or other paper records) on which contractors obtained physical signatures from customers because a PDE device was not working, was lost or misplaced, or had not yet been provided to a contractor.

6.

Contractors attempt to obtain customer signatures, if possible, when a customer refuses to accept a delivery or an exchange or to make a return.  Obtaining a customer

1669852.1

signature in that circumstance allows SEIDS to confirm that the contractor went to the delivery location.

7.

Thus, a customer signature does not always indicate that a customer accepted a delivery or exchange or made a return.  Instead, determining whether a customer accepted or refused an order for which there is a record of a customer signature may also require reviewing additional documents.

8.

Paper manifests and other paper records sometimes contain customer signatures because contractors sometimes obtain physical signatures if their PDE device is not working, they have lost or misplaced their PDE device, or they have not been issued a PDE device. Newer contractors are not issued PDE devices immediately.

**Colon Delivery Documents**

9.

The documents listed below are records that relate to a number of refusal entries on Mr. Colon's settlement sheets.  The listed documents are documents that are created and maintained in the ordinary course of business.  In my position as Accounting Manager, I use the computer system where these documents are maintained.

- Exhibit A is a Delivery History for Order 17228047EX.
- Exhibit B is the Customer Service Notebook for Order 17228047EX.

1669852.1

3

- Exhibit C is a Delivery History dated 2/23/13 for Order 17211630.
- Exhibit D is the Customer Service Notebook for Order 17211630.
- Exhibit E is a Delivery History dated 3/8/13 for Order 17211630.
- Exhibit F is a Delivery History for Order 17203432EX.
- Exhibit G is the Customer Service Notebook for Order 17203432EX.
- Exhibit H is a Delivery History for Order 19887310.
- Exhibit I is the Customer Service Notebook for Order 19887310.
- Exhibit J is a re-delivery Order for Order 19887310.
- Exhibit K is a Delivery History dated 7/18/15 for Order 19452913.
- Exhibit L is the Customer Service Notebook for Order 19452913.
- Exhibit M is a Delivery History dated 7/29/15 for Order 19452913.
- Exhibit N is a Customer Service Notebook for Order 19485727RT.
- Exhibit O is a Sales Order for Order 19485727RT.

### Helper Special Claims

10.

I understand that Mr. Colon's claims include claims regarding whether he was paid

properly for specials that involved helping other contractors ("Helper Specials"). My

department processes payments for Helper Specials for Matt Cohen's division of SEIDS.

11.

In Mr. Cohen's division, delivery managers and other SEIDS employees send notice

of Helper Specials to the accounting department in various ways, including via Specials

Forms, emails, and texts. Thus, Specials Forms do not exist for every Helper Special.

12.

To my knowledge, there is no way to electronically cull out payments for Helper

Specials on a contractor's settlement sheets. Rather, identifying payments for such Specials

1669852.1

4

requires manual review.

13.

In the event that payment was not made for a Helper Special, our general practice was to put a document or notation (not on a standard form) in a contractor's file explaining the reason. For example, the contractor may not have actually performed the Special or may not have provided accounting with sufficient information to process the Special. Thus, investigating whether a contractor in fact performed a Helper Special that was not paid, but should have been, would require a manual investigation to identify any documents that exist relating to that Special.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 23_ , 2018.

_Terri Harrington_
Terri Harrington

EXHIBIT

A

| Order No. | Ship Date | Route | Stop | Home Phone |
|-----------|-----------|-------|------|------------|
| 17228047EX | 02/23/2013 | 221 | 0A | REDACTED |



**Business Phone**
REDACTED

| T/F | Stop Time | C.O.D. | Setup Requested | Yes |
|-----|-----------|--------|-----------------|-----|
| | 12:00:00 AM | $0.00 | Delivery Damage | No |

| Sku | Sku Description | I/S | Ship | Acpt | Rejection Reason | Exception Reason |
|-----|-----------------|-----|------|------|------------------|------------------|
| 32114059 | 405-1 Dresser | Yes | 1 | 0 | VENDOR DEFECT : DAMAGE | |
| 32114059 | 405-1 Dresser | Yes | -1 | 0 | VENDOR DEFECT : DAMAGE | |

EXHIBIT

B

```
EX Created By: amill
07:02pm 02/22/13  MILLER, JUANITA pts840
     Red Alert was issued on 02/22/13 at 07:02pm, Status: NEW
07:03:40pm 02/22/13  Juanita Miller pts840
Delivery Date Changed from to 02/23/13 [override]
19:03:40 22 FEB 13  MILLER, JUANITA pts840
<><><>Delivery Date Changed from NOT DATED  To 02/23/13
07:04:34pm 02/22/13  MILLER, JUANITA pts840
     Old Route:    Stop:    Time: ===> New Route:221 Stop:0A Time:
09:08:56am 02/23/13  MARTINEZ, SAMANTHA A pts182
Telephone follow up survey attempted for delivery on 02/23/13
     SAM
     Confirmation type: MESSAGE WITH SOMEONE ELSE
09:23:32am 02/23/13  MARTINEZ, SAMANTHA A pts182
Telephone follow up survey completed for delivery on 02/23/13
     Customer was not satisfied with delivery
     REASON FOR DISSATISFACTION IS: DELIVERY DAMAGED MERCHANDISE
     PER MR REFUSED 32114059 MRKF DRESSER-5TH EXCH TOP RSF CORNER HAD
     SMASHED.SHWNG WOOD WRPD IN PLASTIC...ORG ONE IN HOME HAS
     SCRATCHES SERVC WENT OUT AND 4032312 SHOWS NON REPAIRABLE MR HAS
     ANOTHER EXCH FOR SAME DRESSERT/F 3-7 ORD IS 17228047EX..THEY SET
     UP FOR 2 OF SAME TO BE EXCH TO PICK FROM BEST ONE HE SAYD...LET
     HIM I DO LEAVE EARLY TODAY SO WONT BE ABLE TO FOLLOW UP BUT I
     WILL HAVE SOMEONE CHECKING ON THE ORDER AND IF IT HAS BEEN EXCH
     BEFORE WE LEAVE AT 4:30 THEN THEY WILL BE CALLING TO FOLLOW UP IF
     NOT PLS CALL CUS SERVC ONCE HE HAS RECVD THE NEXT EXCH MR OK ALSO
     STATED IN DH EVERYTHING ELSE OK
     Confirmation type: CONFIRMED WITH CUSTOMER
09:23:52am 02/23/13  MARTINEZ, SAMANTHA A pts182
Telephone follow up survey for delivery on 02/23/13: Additional Info
     **PER ABOVE ALSO NOTES ON 17215833EX***
14:08:18 26 FEB 2013     LOGUE, TAMMY  pts793
CUST REFUSED...RTE 221....02.23.13.....
02:08:27pm 02/26/13  Tammy Logue pts793
SKUs unpicked:
14:08:27 26 FEB 2013  DELIVERY DATE OF 02/23/13 REMOVED DUE TO UNPICKING
Unpicked by: tlogu
14:08:33 26 FEB 13  LOGUE, TAMMY pts793
***Deleted Order***
```

SEIDSCOL00001545

EXHIBIT

C

| Order No. | Ship Date | Route | Stop | Home Phone |
|---|---|---|---|---|
| 17211630 | 02/23/2013 | 220 | 4 | REDACTED |



**Business Phone**
REDACTED

| T/F | Stop Time | C.O.D. | Setup Requested :No |
|---|---|---|---|
| 8-12 | 12:00:00 AM | $0.00 | Delivery Damage :No |

| Sku | Sku Description | I/S | Ship | Acpt | Rejection Reason | Exception Reason |
|---|---|---|---|---|---|---|
| 50510481 | Queen Insight | Yes | 1 | 0 | CUSTOMER PREFERENCE | |
| 50930998 | Qu Lo Pro Icomfortbx | Yes | 1 | 0 | CUSTOMER PREFERENCE | |
| 32315954 | 595-72h5 Qn Hdbd | Yes | 1 | 0 | CUSTOMER PREFERENCE | |
| 32715952 | 595-72f5 Qn Ftbd | Yes | 1 | 0 | CUSTOMER PREFERENCE | |
| 32915956 | 595-656 Q/k Rails | Yes | 1 | 0 | CUSTOMER PREFERENCE | |
| 51012361 | Queen Matt Protector | Yes | 1 | 0 | CUSTOMER PREFERENCE | |

SEIDSCOL00001551

EXHIBIT

D



**NOTEBOOK for 17211630**
Special Instructions : 30 B4 386-627-3551

JOAN THE NEIGHBOR WILL

ACCEPT DELV

12:48:15pm 02/17/13 Richard Joachim - Phantom Process

Created from Quote# 28243874. 02/17/13 12:22:33pm

08:01:55am 02/20/13 MCDOWELL, SCOTT pts173

 Old Route:220 Stop:10 Time: ===> New Route:222 Stop:10 Time:

08:04:16am 02/20/13 MCDOWELL, SCOTT pts173

 Old Route:222 Stop:10 Time: ===> New Route:226 Stop:10 Time:

08:22:05am 20 FEB 13 MCDOWELL, SCOTT pts173

 Old Route:226 Stop:15 Time: ===> New Route:221 Stop:10 Time:

1:06:31 PM 2/20/2013 Juan Marrero

 Changed stop to 4 and Timeframe to 8-12.

09:16:02am 02/21/13 AUTO DIALER(stonedan) pts328

 Reg. Confirmation Successful- ANSWERING MACHINE (ANS)

 Ship Date:02/23/13 Route:221 Stop:4 Truck:2377 T/F:8-12

05:31:27pm 02/21/13 AUTO DIALER(koliv) pts239

 Reg. Confirmation Successful- ANSWERING MACHINE (ANS)

 Ship Date:02/23/13 Route:221 Stop:4 Truck:2377 T/F:8-12

11:52:00am 02/23/13 LAMPP, VERONICA pts390

PER MS...R/S LAST WEEK FOR DLVRY ON NEXT THURSDAY

12:29:38pm 02/25/13 AUTO DIALER For DELIVERY EXCEPTION(koliv) pts835

 Reg. Confirmation Successful- ANSWERING MACHINE (ANS)

 Ship Date:02/23/13 Route:221 Stop:4 Truck:2377 T/F:8-12

01:24:21pm 02/26/13 System Phantom Phantom Process

Delivery Date of 02/23/13 and Route 221 removed due to Unpicking.
Page 1-3

SEIDSCOL00001557



**NOTEBOOK for 17211630**

14:08:38 26 FEB 2013 LOGUE, TAMMY pts793

CUST REFUSED...RTE 221...02.23.13......

14:12:08 02/26/13 LOGUE, TAMMY pts793

DELIVERY DATE OF 02/23/13 REMOVED BY INVOICING AUDIT

02:22:43pm 02/26/13 Gina(georgette) Groves pts205

Delivery Date Changed from to 02/28/13 [override]

14:22:43 26 FEB 13 GROVES, GINA (GEORGETTE) pts205

<><>Delivery Date Changed from NOT DATED To 02/28/13

03:09:36pm 02/26/13 MARRERO, JUAN pts563

 Old Route: Stop: Time: ===> New Route:221 Stop:25 Time:

05:29:23pm 02/26/13 AUTO DIALER(koliv) pts183

 Reg. Confirmation Successful- ANSWERING MACHINE (ANS)

 Ship Date:02/28/13 Route:221 Stop:25 Truck:2377 T/F:

**\=/**>CHG OF DEL # 1989083 TYPE :I ISSUED 2/27/2013 AT 10:01:13 AM

BY [016113] FIELDS, AARON Call Ahead:PLEASE CALL 1 HOUR BEFORE DEL AT

860 371 6968

04:40:16pm 02/28/13 DOUGLAS, STACY pts906

CUST MOTHER IN THE HOSPITAL DRIVER WILL NOT MAKE IT IN TIME FOR 5PM

MR OK WTH RS.

11:06:54am 03/01/13 AUTO DIALER For DELIVERY EXCEPTION(ccint) pts765

 Reg. Confirmation Successful- ANSWERING MACHINE (ANS)

 Ship Date:02/28/13  Route:221  Stop:25  Truck:2377  T/F:

09:19:31am 03/02/13  System Phantom Phantom Process

Delivery Date of 02/28/13 and Route 221 removed due to Unpicking.

08:36:22 04 MAR 2013   ARBOUR, CHERYL  pts397

CUSTOMER RESCHEDLED FROM...RT221...2-28-13

Page 2-3

SEIDSCOL00001558



## NOTEBOOK for 17211630

08:38:47 03/04/13  ARBOUR, CHERYL  pts397

DELIVERY DATE OF 02/28/13 REMOVED BY INVOICING AUDIT

3/4/2013 3:31:01 PM 035993 DONAWA, ANDREA DELIVERY DATE CHANGED FROM NOT DATED TO 03/08/2013

1:12:45 PM 3/5/2013 Joseph Michal

 Changed stop to 14 and Timeframe to 1-5.

**\=/**>CHG OF DEL # 1990686 TYPE :I ISSUED 3/5/2013 AT 1:19:06 PM BY [023721] MATHERS, WILLIAM Call Ahead:1 HOUR C/A AT 386- 986-5396

09:21:16am 03/06/13 AUTO DIALER(ccint) pts205

    Reg. Confirmation Successful- ANSWERING MACHINE (ANS)

    Ship Date:03/08/13  Route:220  Stop:14  Truck:2007  T/F:1-5

05:46:55pm 03/06/13 AUTO DIALER(ccint) pts251

    Reg. Confirmation Successful- ANSWERING MACHINE (ANS)

    Ship Date:03/08/13  Route:220  Stop:14  Truck:2007  T/F:1-5

**\=/**>CHG OF DEL # 1991340 TYPE :I ISSUED 3/7/2013 AT 12:13:27 PM BY [023721] MATHERS, WILLIAM Key Release:**UPDATE FROM PRE VIOUS C.O.D. HAVE THE DRIVER  CONTACT THE NEIGHBOR, JOAN, A T REDACTED JOAN LIVES BE HIND THE HOUSE AND SHE HAS TO  USE A WALKER SO THE DRIVER N EEDS TO CALL AT LEAST 30 MINU TES PRIOR SO THE NEIGHBOR HAS  TIME TO WALK OVER AND UNLOCK  THE DOOR.

22:34:09 08 MAR 2013 AUTO.INVOICE (root) Phantom Process

Delivery 03/08/13/Route 220-Trans made

SEIDSCOL00001559

EXHIBIT

E

| Order No. | Ship Date | Route | Stop | Home Phone |
|-----------|-----------|-------|------|------------|
| 17211630 | 03/08/2013 | 220 | 14 | REDACTED |

Business Phone
REDACTED

REDACTED

| T/F | Stop Time | C.O.D. | Setup Requested :No |
|-----|-----------|--------|---------------------|
| 1-5 | 12:00:00 AM | $0.00 | Delivery Damage :No |

| Sku | Sku Description | I/S | Ship | Acpt | Rejection Reason | Exception Reason |
|-----|-----------------|-----|------|------|------------------|------------------|
| 50510481 | Queen Insight | Yes | 1 | 1 | | |
| 50930998 | Qu Lo Pro Icomfortbx | Yes | 1 | 1 | | |
| 32315954 | 595-72h5 Qn Hdbd | Yes | 1 | 1 | | |
| 32715952 | 595-72f5 Qn Ftbd | Yes | 1 | 1 | | |
| 32915956 | 595-656 Q/k Rails | Yes | 1 | 1 | | |
| 51012361 | Queen Matt Protector | Yes | 1 | 1 | | |



SEIDSCOL00001555

EXHIBIT

F

| Order No. | Ship Date | Route | Stop | Home Phone |
|---|---|---|---|---|
| 17203432EX | 02/26/2013 | 220 | 3 | REDACTED |

**REDACTED**

**Business Phone**
REDACTED

| T/F | Stop Time | C.O.D. | |
|---|---|---|---|
| 7-11 | 12:00:00 AM | $0.00 | Setup Requested :Yes |
| | | | Delivery Damage :No |

| Sku | Sku Description | I/S | Ship | Acpt | Rejection Reason | Exception Reason |
|---|---|---|---|---|---|---|
| 10532756 | 7248-01 Accent Chair | Yes | 1 | 0 | ON ARM | |
| 10532756 | 7248-01 Accent Chair | Yes | -1 | 0 | ON ARM | |

REDACTED

SEIDSCOL00001568

EXHIBIT

G

EX Created By: sethekel
11:40am 02/15/13 SETHER, KELSI pts228
 Red Alert was issued on 02/15/13 at 11:40am, Status: NEW
11:42:32 15 FEB 13 SETHER, KELSI pts228
<><>Delivery Date Changed from NOT DATED To 02/23/13
11:01:20 18 FEB 13 AUSTIN, KYLE pts373
<><>Delivery Date Changed from 02/23/13 To 02/26/13
07:48:15am 21 FEB 13 MCDOWELL, SCOTT pts203
 Old Route:221 Stop:8 Time: ===> New Route:220 Stop:2 Time:
1:43:16 PM 2/21/2013 Scott Mcdowell
 Changed stop to 3 and Timeframe to 7-11.
08:26:09am 02/23/13 AUTO DIALER(stonedan) pts32
 Reg. Confirmation Successful- AGENT CALLED AND CONFIRMED WITH
CUSTOMER (CST)
 Ship Date:02/26/13 Route:220 Stop:3 Truck:2377 T/F:7-11
04:27:09pm 02/23/13 AUTO DIALER(koliv) pts235
 Reg. Confirmation Successful- ANSWERING MACHINE (ANS)
 Ship Date:02/26/13 Route:220 Stop:3 Truck:2377 T/F:7-11
07:42:45am 02/26/13 DELAP, PAULINA pts165
**************PLEASE SEND TECH***********IF CUST IS NOT HAPPY WITH
THIS
EXCHANGE THEY MAY RESELECT OR KEEP AS IS WITH MONEY
OFF***********PDE/OCW
10:49:28am 02/26/13 PIERRE JR, EVENS pts548
MRS CLD 7-11 T/F 2/26 DEL ,, MRS ASK IF DRIVER WILL BE THER ONTIME GOT
WITH DISP DRIVER WILL B THER ON TIME. EP
01:21:35pm 02/26/13 AKINS, EVELYN pts679
Telephone follow up survey completed for delivery on 02/26/13
    Customer was not satisfied with delivery
    REASON FOR DISSATISFACTION IS: FURNITURE CUSTOMER PREFERENCE
    MS 10532756 HMRI 7248-01 ACCENT CHAIR RECIEVED WITH TEAR AND HOLE
    ON RSF ARM AND ON BACKSIDE RIBBING TEAR PACKAGED IN PLASTIC
    WRAP...MS REFUSED...MS WANTS TO SEE IF SHE CAN HAVE IT AS STORE
    CREDIT...I CALLED STORE AND HAD SALES REP FOLLOW UP WITH MS...MS
    OK ANE EVERYTHIG ELSE OK
    Confirmation type: CONFIRMED WITH CUSTOMER
09:13:46 01 MAR 2013    DURANT, TEKEYSHIA  pts354
CUST REF RTE 220 2/26
09:13:53am 03/01/13  Tekeyshia Durant pts354
SKUs unpicked:
09:13:53 01 MAR 2013  DELIVERY DATE OF 02/26/13 REMOVED DUE TO UNPICKING
Unpicked by: tdura
09:13:58 01 MAR 13  DURANT, TEKEYSHIA pts354
***Deleted Order***

SEIDSCOL00001544

EXHIBIT

H

| Order No. | Ship Date | Route | Stop | Home Phone |
|-----------|-----------|-------|------|------------|
| 19887310 | 11/25/2015 | 222 | 12 | REDACTED |

REDACTED

**Business Phone**

REDACTED

| T/F | Stop Time | C.O.D. | Setup Requested :No |
|-----|-----------|--------|---------------------|
| 11-3 | 12:00:00 AM | $0.00 | Delivery Damage :No |

| Sku | Sku Description | I/S | Ship | Acpt | Rejection Reason | Exception Reason |
|-----|-----------------|-----|------|------|------------------|------------------|
| 11471517 | 71401-02 Loveseat | Yes | 1 | 0 | CUSTOMER PREFERENCE | |

EXHIBIT

I

```
01:31:22pm 11/10/15 Carolyn Leahy - Phantom Process
Created from Quote# 31851280. 11/10/15 01:20:34pm
CREATED FROM CART# FL001169879. 11/10/15 01:18:21PM
11/14/2015 10:05:38 AM 021618 LEAHY, CAROLYN DELIVERY DATE CHANGED
FROM 01/02/2016 TO 12/26/2015
11/20/2015 1:37:34 PM 023721 MATHERS, WILLIAM DELIVERY DATE CHANGED
FROM 12/26/2015 TO 11/25/2015
9:42:33 AM 11/22/2015 Joseph Michal
 Changed stop to 12 and Timeframe to 11-3.
11:37:00am 11/23/15 AUTO DIALER(chaddjas) pts36
 Reg. Confirmation Successful- ANSWERING MACHINE (ANS)
 Ship Date:11/25/15 Route:222 Stop:12 Truck:2377 T/F:11-3
06:53:05pm 11/23/15 AUTO DIALER(koliv) pts278
 Reg. Confirmation Unsuccessful- NO ANSWER (NA)
 Ship Date:11/25/15 Route:222 Stop:12 Truck:2377 T/F:11-3
**\=/**>CHG OF DEL # 2251729 TYPE:R ISSUED 11-27 AT 09:08am BY butts
 Cannot Be Home:PLZ PULL THE DEL DATED.. CUST WANTS TO RESCH THE DEL
**\===/**>PER CHANGE OF DEL # 2251729 ISSUED ON 11-27-15 AT 09:08am
. UNABLE TO RESCH PER ABOVE---TRUCK LOADED--DEL COMPANY NOTIFIED...
. AS OF 13:47:31 27 NOV 2015 BY psajk
11/28/15 09:39:10am WEAKLAND, JENNIFER pts172
MS CALLED DRIVERS TOOK LS BACK WAS MISSING LEGS SET UP RE-DEL 12/18 MS
OK
12:51:07pm 11/28/15  System Phantom Phantom Process
Delivery Date of 11/25/15 and Route 222 removed due to Unpicking.
09:08:06 30 NOV 2015   ARBOUR, CHERYL ANN  pts384
CUSTOMER REFUSED DELV.....RT222..11-25-15
09:08:17 30 NOV 2015   ARBOUR, CHERYL ANN  pts384
ITEM IS IN R STATUS
09:10:19 11/30/15 ARBOUR, CHERYL ANN  pts384
DELIVERY DATE OF 11/25/15 REMOVED BY INVOICING AUDIT
```

SEIDSCOL00001556

EXHIBIT

J

**ROOMS TO GO - DAYTONA BEACH**
2375 W INTERNATIONAL SPEEDWAY BLVD
DAYTONA BEACH,FL,32114
386/258-9700



| | | | | |
|---|---|---|---|---|
| Order No | 19957466 | Del Type | D - Delivery | Order Date | 11/28/2015 |
| Home # | | Salesman | 021618 | Schedule Date | |
| Business | | Tax Code | 32168 0.00% | Store | 302 |
| Name | | Del Charge | $0.00 | | |
| Address | | Instructions | REDELIVER OF 19887310 Split from 19887309 1st del: 19887309 | | |

| Line | Sku | Vend | Description | B/G | B/G Price | Status | Can Date | Date After | Qty | Unit Price | Ext. Price |
|------|-----|------|-------------|-----|-----------|--------|----------|------------|-----|------------|------------|
| | | | | | | | | | 0 | | |

| Payment Type | Amt | Date | Auth No | | | |
|--------------|-----|------|---------|---|---|---|
| DT - DOLLAR TRANSFER | $45.41 | 11/28/2015 | 19887310 | | Sales Total | $0.00 |
| RGE - SYNCHRONY | $534.73 | 11/28/2015 | 010988 | | Del Charge | $0.00 |
| RGE - SYNCHRONY | -$534.73 | 12/16/2015 | C | | Sub Total | $0.00 |
| RGE - SYNCHRONY | -$45.41 | 12/16/2015 | C | | Sales Tax | $0.00 |
| RGE - SYNCHRONY | $45.41 | 12/29/2016 | C | | Total | $0.00 |
| CER - MER CERT | -$45.41 | 12/29/2016 | 482322S | | Deposit | $0.00 |
| | | | | | Collected | $0.00 |
| | | | | | Balance Due | $0.00 |

**Acct No.** ********8957    **Auth No.** C    **Media** C

Interest Free Financing until 01/2018.
EQUAL Monthly Payments are REQUIRED.

Page 1-1

SEIDSCOL00001565

EXHIBIT

K

| Order No. | Ship Date | Route | Stop | Home Phone |
|-----------|-----------|-------|------|------------|
| 19452913 | 07/18/2015 | 221 | 5 |  |



**Business Phone**
REDACTED

| T/F | Stop Time | C.O.D. | | |
|-----|-----------|--------|---|---|
| 2-6 | 12:00:00 AM | $0.00 | Setup Requested | No |
| | | | Delivery Damage | No |

| Sku | Sku Description | I/S | Ship | Acpt | Rejection Reason | Exception Reason |
|-----|-----------------|-----|------|------|------------------|------------------|
| 25424704 | 247-51ec 78"console | Yes | 1 | 0 | RESCHEDULED | |
| 25524706 | 247-51ehbb Bridge | Yes | 1 | 0 | RESCHEDULED | |
| 25624708 | 247-51ehft Hutch Pie | Yes | 1 | 0 | RESCHEDULED | |

SEIDSCOL00001605

EXHIBIT

L

02:23:12pm 06/18/15 William Crockett - Phantom Process
Created from Quote# 31318426. 06/18/15 02:13:10pm
CREATED FROM CART# FL000862659. 06/18/15 01:22:34PM
06/29/15 10:17:31am ROYAL,ROSE pts339
MRS CLL CONFIRM DEL 07/18 FLAG TEXT ..MRS OK
07/08/15 09:35:01am Cecelio Cintronii pts113
Advance text message reminder for delivery sent to ▮REDACTED▮
09:48:31am 07/08/15 AUTO DIALER(chaddjas) pts809
 Adv. Confirmation Successful- ANSWERING MACHINE (ANS)
 Ship Date:07/18/15 Route: Stop: Truck: T/F:
08:54:20am 07/14/15 COBB, MARLENE pts/384
 Reg. Confirmation Successful- AGENT CALLED AND CONFIRMED WITH
CUSTOMER (CST)
 Ship Date:07/18/15 Route: Stop: Truck: T/F:
08:55:07 14 JUL 2015 COBB, MARLENE
COFN MS CURENTN REYAD
12:12:09 PM 7/15/2015 Juan Marrero
 Changed stop to 5 and Timeframe to 2-6.
07/16/15 09:32:54am Cecelio Cintronii pts244
Regular text message reminder for delivery sent to ▮REDACTED▮
10:22:14am 07/16/15 AUTO DIALER(chaddjas) pts1026
 Reg. Confirmation Unsuccessful- NO ANSWER (NA)
 Ship Date:07/18/15 Route:222 Stop:5 Truck:2377 T/F:2-6
05:38:53pm 07/16/15 AUTO DIALER(ccint) pts760
 Reg. Confirmation Successful- AGENT CALLED AND CONFIRMED WITH
CUSTOMER (CST)
 Ship Date:07/18/15 Route:222 Stop:5 Truck:2377 T/F:2-6
11:18:35 AM 7/17/2015 030206 BABICH, DONN
CUST CALLED TO INFORM SHE HAS TO BE AT WORK TMMW. SHE IS CALLING 1800#
TO RESCHEDULE. PLS ACCOMMODATE CUST WHERE NEEDED. THANKS.
**\=/**>CHG OF DEL # 2212447 TYPE:R ISSUED 07-17 AT 11:37am BY depas
 OutstandingBalance:
**\=/**>CHG OF DEL # 2212448 TYPE:R ISSUED 07-17 AT 11:37am BY depas
 Cannot Be Home:MS CANT BE HOME
**\=/**>CHG OF DEL # 2212451 TYPE:R ISSUED 07-17 AT 11:40am BY depas
 Cannot Be Home:MS CI TO RESCH FOR 07.22.2015
07/17/15 11:41:35am DEPASS, LATOYA pts591
MS CI TO RESCH BC SHE HAS TO WORK..I SENT COD TO STOP DELI AND ALSO
WANTED REQ 07.22.2015 FOR DELI ..ONCE DATE IS REMOVE WILL DATE FO
R07.22.2015 ADN CALL TO CONF..MS OK
**\===/**>PER CHANGE OF DEL # 2212451 ISSUED ON 07-17-15 AT 11:40am
. UNABLE TO RESCH PER ABOVE---TRUCK LOADED--DEL COMPANY NOTIFIED...
. AS OF 12:50:59 17 JUL 2015 BY psajk
**\===/**>PER CHANGE OF DEL # 2212447 ISSUED ON 07-17-15 AT 11:37am
. UNABLE TO RESCH PER ABOVE---TRUCK LOADED--DEL COMPANY NOTIFIED...
. AS OF 13:55:02 17 JUL 2015 BY psajk
**\===/**>PER CHANGE OF DEL # 2212448 ISSUED ON 07-17-15 AT 11:37am
. UNABLE TO RESCH PER ABOVE---TRUCK LOADED--DEL COMPANY NOTIFIED...
. AS OF 13:55:19 17 JUL 2015 BY psajk
07/17/15 04:08:26pm DEPASS, LATOYA pts591
I CALLED MS BUT HER SON ANSWER ADN I TOLD HIM HER ORDER IS ON THE
TRUCK BEING THAT IT WAS FOR 07.18.2015 WHICH NORMALLY TAKE 48 HRS AND
ITEMS HA TO RTN TO WH, I CAN CHECK ORDER 07.20.2015 IF DATE IS REMOVE
WILL TRY TO SEND ADD ON REQ FOR 07.22.2015..MR OK
06:58:15am 07/22/15 System Phantom Phantom Process
Delivery Date of 07/18/15 and Route 222 removed due to Unpicking.
08:46:14 22 JUL 2015 BOUCHER, KIMBERLY pts92
CUST RESCHEDULED..NO TRANS MADE..RTE 222..7.18

SEIDSCOL00001542

DELIVERY DATE OF 07/18/15 REMOVED BY INVOICING AUDIT
7/23/2015 12:25:23 PM 016425 SENIA, RITA DELIVERY DATE CHANGED FROM
NOT DATED TO 07/29/2015
05:52:36pm 07/25/15 PAGE, ANDREA pts318
 Old Route:221 Stop:4 Time: ===> New Route:221 Stop:46 Time:
11:18:09 AM 7/26/2015 Joseph Michal
 Changed stop to 7 and Timeframe to 9-1.
07/27/15 09:42:36am Kristen Oliver pts49
Regular text message reminder for delivery sent to ███REDACTED███.
12:50:46pm 07/27/15 AUTO DIALER(chaddjas) pts775
 Reg. Confirmation Successful- ANSWERING MACHINE (ANS)
 Ship Date:07/29/15 Route:221 Stop:7 Truck:2348 T/F:9-1
**\=/**>CHG OF DEL # 2215398 TYPE :I ISSUED 7/27/2015 AT 8:06:06 PM BY
[016425] SENIA, RITA Call Ahead:PLEASE CALL CUSTOM ER ONE HOUR BEFORE
DELIVERY A T ███REDACTED███. SHE IS AT WOR K AND WILL MEET TRUCK
05:25:23pm 07/27/15 AUTO DIALER(koliv) pts135
 Reg. Confirmation Unsuccessful- CONTINUOUS BUSY SIGNAL (BSY)
 Ship Date:07/29/15 Route:221 Stop:7 Truck:2348 T/F:9-1
07/29/15 09:26:24am ADAMS, BONNIE pts366
CCI, DRV ARRIVED AS WE WERE TALKING....
11:18:58am 07/29/15  FAUGHT, BREANNA pts714
Telephone follow up survey attempted for delivery on 07/29/15
    Confirmation type: MESSAGE WITH SOMEONE ELSE
11:22:12am 07/29/15  FAUGHT, BREANNA pts431
Telephone follow up survey for delivery on 07/29/15: Additional Info
    Confirmation type: ANSWERING MACHINE
22:35:36 29 JUL 2015 AUTO.INVOICE (root) Phantom Process
Delivery 07/29/15/Route 221-Trans made

SEIDSCOL00001543

EXHIBIT

M

| Order No. | Ship Date | Route | Stop | Home Phone |
|---|---|---|---|---|
| 19452913 | 07/29/2015 | 221 | 7 | REDACTED |



**Business Phone**
REDACTED

| T/F | Stop Time | C.O.D. | |
|---|---|---|---|
| 9-1 | 12:00:00 AM | $0.00 | Setup Requested :No |
| | | | Delivery Damage :No |

| Sku | Sku Description | I/S | Ship | Acpt | Rejection Reason | Exception Reason |
|---|---|---|---|---|---|---|
| 25424704 | 247-51ec 78"console | Yes | 1 | 1 | | |
| 25524706 | 247-51ehbb Bridge | Yes | 1 | 1 | | |
| 25624708 | 247-51ehft Hutch Pie | Yes | 1 | 1 | | |



SEIDSCOL00001582

EXHIBIT

N

RT Created By: str302a
06:55:03pm 06/30/15 Eric Grow pts374
Delivery Date Changed from to 06/30/15 [override]
18:55:03 30 JUN 15 GROW, ERIC pts374
<><>Delivery Date Changed from NOT DATED To 06/30/15
18:55:38 30 JUN 2015 egrow
CREATED ADDON.
06:55:16pm 06/30/15 GROW, ERIC pts374
 Old Route: Stop: Time: ===> New Route:222 Stop:4 Time:
10:32:22am 07/02/15 System Phantom Phantom Process
Delivery Date of 06/30/15 and Route 222 removed due to Unpicking.
10:35:59 02 JUL 2015 LOGUE, TAMMY pts388
E-MAILED THE STORE REP TO CALL THE CUSTOMER AND FIND OUT IF THEY
DID RETURN THE FRAME, PER DISPATCH STOP WAS COMPLETED, PER RETURNS
IT WASNT CHECKED IN, PLEASE ENTER A REQUEST FOR THE FRAME TO BE
INVOICED IF THE CUSTOMER DID RETURN IT...RTE 222..06.30.15....
10:37:17 07/02/15 LOGUE, TAMMY pts388
DELIVERY DATE OF 06/30/15 REMOVED BY INVOICING AUDIT
07/02/15 12:23:45pm ISLEY JR, DOUGLAS pts83
925311. PER EMAIL. CALLED THE CUSTOMER AND VERIFIED THAT YES THE FRAME
WAS RT WITH THE DELIVERY ON 6.30.15. MRS OK...DJI
07/02/15 12:25:30PM New request created by ISLEY JR, DOUGLAS
REQUEST # 434903 CREATED WITH ACTION(S) : INVOICE FROM INTER COMPANY
REQUEST
02:15:57pm 07/02/15 Audrey Pennington pts293
SKUs unpicked:
07/02/15 02:16:19pm PENNINGTON, AUDREY pts293
INVOICE PER REQ # 434903
07/08/15 08:13:16am LOGUE, TAMMY pts421
PER STEVE COOK RESOLUTION ON THE FL DISCREPANCY REPORT DRIVER CLAIM
TL......

SEIDSCOL00001571

EXHIBIT

O

06/30/15



ROOMS TO GO - DAYTONA BEACH
2375 W INTERNATIONAL SPEEDWAY
DAYTONA BEACH ,FL 32114
386/258-9700

ORDER.NO:19485727RT
Store #:302    Page:001
(REVISE ORDER.1)
03/26/18  11:24am

X

RETURN    RETURN    RETURN    RETURN    RETURN    POWERS          034268

59942055    K52G QU/KG/CAL KG FRAME WBLACK    K52G    99    FGRP          -1    49.99    -49.99


     * Interest Free Financing until 01/2018.
     * EQUAL Monthly Payments are REQUIRED.
     * Interest DOES NOT ACCRUE.
     Account #: XXXXXXXXXXXXX210          Auth #: 002347

Instruction :                Deposit information                              -49.99
Confirm Phone: REDACTED      SYNCHRON   -53.24 06/30/15 002347
Confirm time :12:39am                                                          0.00
Original Order:19316317
Split from 19316317                                                           -49.99
1st del: 19316317
OFF OF WIDER NEXT TO THE                                           6.50 %     -3.25
DAYTONA BEACH GOLF
COURSE LIVE OAK                                                              -53.24
SUBDIVISION
                                                                            -53.24

                                                                              0.00

SEIDSCOL00001549