EXHIBIT 4

```
 1                UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
 2                       TAMPA DIVISION

 3   CASE NO.:  8:17-cv-01578-JDW-MAP

 4

     RICHARD COLON, ON BEHALF OF
 5   HIMSELF AND ALL OTHERS
     SIMILARLY SITUATED,
 6
           Plaintiff,
 7
     vs.
 8
     SE INDEPENDENT DELIVERY
 9   SERVICES, INC., A FLORIDA
     CORPORATION,
10
           Defendant.
11

12   * * * * * * * * * * * * * * * * * * * * * * * * *

13

14   DEPOSITION OF:        TERRI HARRINGTON

15   DATE TAKEN:           FRIDAY, FEBRUARY 23, 2018

16   TIME:                 9:09 - 12:23 O'CLOCK P.M.

17   PLACE:                832 SOUTH FLORIDA AVENUE
                           SUITE 4
18                         LAKELAND, FLORIDA  33801

19
     TAKEN BY:             SHARON L. TRAMONTE, C.M.
20                         NOTARY PUBLIC, STATE OF
                           FLORIDA AT LARGE
21

22

23

24

25
                               .
```

1   approval from one of those other managers?
2       A   They would submit something to us, and unless
3   it was submitted we would not know.
4       Q   All right.  Is there a -- is it a written
5   submission that they give to you?
6       A   Yes, it would be.
7       Q   What's that?  Is there a name for that form?
8       A   Well, it -- they could write up a special
9   form, Special and Set Up Form, or it may be in the form
10  of an e-mail.
11      Q   Okay.  Go down to the next one there.  It says
12  Exchange of Goods.
13      A   Okay.
14      Q   What does that mean to you, to SEIDS?
15      A   That there was an exchange, and often we refer
16  to it as an even exchange, which means the customer has
17  an item in their home that is either damaged or for
18  whatever reason they don't want this piece, they want it
19  replaced.  The driver is bringing into their home an
20  identical piece in good condition and he's going to take
21  out that same piece.
22      Q   That's an even exchange?
23      A   Yes, sir.
24      Q   Okay.  And how much is a driver supposed to be
25  paid for an even exchange?

1    A    Yes, it appears to.

2    Q    Okay. Are all of the item numbers, are those

3 unique in -- meaning that once it gets used it's never

4 used again?

5    A    Correct.

6    Q    Okay. So can you tell by looking at the

7 manifest, Bates No. 1384, whether this item was refused?

8    A    No, you can't.

9    Q    If this customer accepted the delivery of the

10 item, how should the driver have been paid if

11 they -- assume -- assume that it had been accepted and

12 not refused?

13    A    He would have been paid the percentage of

14 $534.73.

15    Q    Okay. Based on whatever zone he was in?

16    A    Yes.

17    Q    Okay. How is a driver paid if they are going

18 out to do an exchange? Say they're exchanging a sofa,

19 okay? And if they're going out to do an exchange of a

20 sofa they're supposed to be paid, is it $30?

21    A    Yes.

22    Q    Okay. They do the exchange and then a day

23 later the customer calls up and says I want another

24 exchange, I don't like the color of the one that was

25 just delivered, okay?

1    A    Yes.
2    Q    Are you with me?  The driver that did that
3    initial exchange that was paid $30, how are -- do they
4    keep their $30 if they are -- if that sofa is later
5    exchanged again --
6    A    Absolutely.
7    Q    -- a day later?
8    A    Absolutely.
9    Q    So that's not ever reduced to a refusal?
10   A    No.
11   Q    Okay.  Or reduced to nine dollars?
12   A    No.
13   Q    Okay.  Is there any way to -- how could we
14   tell -- what documents could we look at to see whether
15   something was -- to see that sequence of events in terms
16   of can we look at the item -- the sales order number?
17   Can we isolate just a single sales order number and see
18   every time a driver had been out to a certain customer?
19   A    Not -- not from a specific sales order number.
20   You could only tell what happened with that particular
21   order.
22   Q    Okay.  Is a new order created every time a
23   driver goes out --
24   A    Yes, it is.
25   Q    -- a new order number?  Okay.

1  discussed, the going to help another driver, the not at
2  homes possibly.  Basically any -- anything that came up
3  during the course of business.
4     Q    Fuel?
5     A    Yes.
6     Q    Okay.  Waiting too long?
7     A    Yes.
8     Q    You said not at home.  Is that the same as
9  waiting too long?
10    A    Yes.
11    Q    Okay.  Helper pay?
12    A    Yes.
13    Q    Okay.  Why were those not put in this Payable
14 Specials form?
15    A    Because there's no set amount for those types
16 of things.
17    Q    Okay.  How long has SEIDS been paying out for
18 those other types of specials; fuel, not at homes,
19 helpers?
20    A    As long as I can remember.
21    Q    Okay.
22         MR. TURNER:  We'll mark this as Plaintiff's
23    12.
24         (Plaintiff's Exhibit No. 12 was marked.)
25
                              .

```
 1        A    I don't keep a count on who complains about
 2   what, but it's -- usually we solve whatever the problem
 3   is so it's --
 4        Q    How often were drivers complaining to you
 5   about not being paid specials?
 6        A    I don't know.  I -- like I said, I didn't
 7   keep --
 8        Q    Once a week, once a month?
 9        A    Oh, yeah, not -- definitely not once a week,
10   and I wouldn't even say once a month.
11        Q    And when they -- when they complained about
12   not being paid a special, what would you do in response
13   to that?
14        A    It would depend on the complaint.  I recall
15   specifically Mr. Colon, his -- he complained about not
16   getting paid for specials.  And I was like where were
17   they?  And he said he had put them on the trailer.  If I
18   don't receive them I can't pay them.
19             I advised him not to put them on his trailer
20   anymore, to leave them at the store or make a copy, but
21   don't ever send me the originals because I can't -- I
22   can only account for what I receive.  I can't account
23   for what may have been lost in transit.
24             If it was, you know, a specific special that I
25   received, maybe there was a question on it, it may have
```