EXHIBIT 5

```
                        CONFIDENTIAL
 1              UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
 2                    TAMPA DIVISION

 3    CASE NO.:  8:17-cv-01578-JDW-MAP

 4    RICHARD COLON, ON BEHALF OF
      HIMSELF AND ALL OTHERS
 5    SIMILARLY SITUATED,

 6         PLAINTIFF,

 7    vs.

 8    SE INDEPENDENT DELIVERY
      SERVICES, INC., A FLORIDA
 9    CORPORATION

10         DEFENDANT.

11    * * * * * * * * * * * * * * * * * * * * * * * * *

12

13    DEPOSITION OF:       SCOTT MCDOWELL

14    DATE TAKEN:          FRIDAY, DECEMBER 8, 2017

15    TIME:                1:00 - 4:19 O'CLOCK P.M.

16    PLACE:               101 EAST KENNEDY BOULEVARD
                           SUITE 3400
17                         TAMPA, FLORIDA  33602

18
      TAKEN BY:            SHARON L. TRAMONTE, R.P.R., C.M.
19                         NOTARY PUBLIC, STATE OF
                           FLORIDA AT LARGE
20

21

22

23

24

25
                              .
```

1   Q   -- and move furniture from one truck to
2   another?
3   A   Yes.
4   Q   And were -- the drivers that were doing the
5   helping, were they getting paid extra to do the helping?
6   A   Yes.
7   Q   And how much were they getting paid to do the
8   helping?
9   A   It varied.
10  Q   Varied how?  Different range, different
11  timeframe?
12  A   Yeah, different times of the day, how much
13  they were taking, how far they had to drive to meet with
14  the other driver to pick up the pieces.
15  Q   And who would come up with the determination
16  of how much the helping driver would get paid for doing
17  those things?
18  A   The delivery manager or the ops manager.
19  Q   So that would either be you or Susan?
20  A   Yes.
21  Q   Would you tell the driver before they started
22  helping the driver that needed help how much they'd get
23  paid for providing the help?
24  A   Yes.
25  Q   What if a driver said no, I don't want to

```
 1   help, would anything happen to him?
 2        A    No.  Call another driver.
 3        Q    And what was the range in terms of how much
 4   you would offer to pay the helping driver to help out
 5   another driver?
 6             MR. LEE:  Object to form.
 7   BY MR. TURNER:
 8        Q    In terms of the amount.
 9        A    50 bucks, 100 bucks.
10        Q    Ever more than 100?
11        A    150.
12        Q    Ever more than 150?
13        A    I don't think so.
14        Q    And were you paying the driver -- well, let me
15   ask you this.  Do you know if that money that was being
16   offered to help, was that going on their weekly
17   settlement sheets?
18        A    I do not know.
19        Q    Do you know what the settlement sheets are?
20        A    No.
21        Q    Okay.  Have you ever seen a driver's weekly
22   settlement sheet that breaks down how much they were
23   paid for the different deliveries?
24        A    No.
25        Q    Do you know if drivers were getting paid to
```

1   saying go -- offer them less?
2        A    That would be the example, what you just said,
3   that's exactly how it works.
4        Q    All right.  I'm just wondering if you recall
5   any specific -- I mean, I know you have a general
6   understanding of that.  Do you recall a specific day, a
7   specific driver, where that happened?
8        A    No.
9        Q    Okay.  So you get approval from Susan to offer
10  the helping driver a certain amount of money, then what
11  would you do?
12       A    I'd call a driver up and ask them if they're
13  willing to help me help them.
14       Q    And how would that conversation go?  Would you
15  say if you'll take X amount of stops off of this driver
16  we'll pay you a certain amount of money?
17       A    Yes.
18       Q    And then would the driver -- would the
19  driver's records -- or would the driver fill out a
20  special form for that type of special?
21       A    No.
22       Q    Okay.  So then you would fill -- would you
23  fill one out the same day that you made the offer to the
24  driver?
25       A    Yes.

```
 1      Q    Did drivers ever complain to you that they
 2   weren't getting paid for helping out other drivers?
 3      A    Yes.
 4      Q    How often would you get complaints about that?
 5      A    I don't recall.
 6      Q    Daily, weekly, monthly?
 7      A    Quarterly.
 8      Q    And how would they complain to you?  Would
 9   they call you on the phone, e-mail, text?
10      A    I would ask them if they could help someone
11   out, and they told me that the last time they did they
12   didn't get paid for it.
13      Q    How often were you asking drivers to help out
14   other drivers, approximately?
15      A    Maybe once every other week.
16      Q    And the drivers that were complaining to you
17   about not getting paid for the last time they helped out
18   a driver, did you ever look into that for them?
19      A    No.
20      Q    Do you know if anyone else at SEIDS were
21   getting complaints about drivers not getting paid for
22   helping out other drivers?
23      A    Yes.
24      Q    Who was that?
25      A    Tony.
```

1  if you know?
2      A   I do not know.
3      Q   To your knowledge were drivers ever told that
4  they would either get a base percentage of whatever the
5  item was worth, whether they were returning or
6  delivering, or $30, whichever was greater?
7      A   I do not know.
8      Q   Have you ever heard any driver complain to you
9  about not getting paid under that scenario?
10     A   Besides Rich, no.
11     Q   And when did Rich complain to you about that?
12     A   Oh, I believe that was on exchanges, not
13 minimums on returns.
14     Q   Okay.  What did he complain to you about on
15 exchanges?
16     A   Not getting paid for the exchange.
17     Q   And how did he say that he wasn't getting paid
18 for the exchange?
19     A   That it paid a flat rate for the exchange.
20     Q   So he thought it paid a flat rate for the
21 exchange?
22     A   Yes.
23     Q   And did he tell you what he thought that flat
24 rate was supposed to be?
25     A   Yes.

```
 1    Have you ever had a driver come to you and complain that
 2    their payment for an exchange got reduced from $30 to
 3    nine dollars?
 4         A    No.
 5         Q    Did Rich ever complain about that?
 6         A    Not that I recall.
 7         Q    Did you ever tell drivers that they would be
 8    paid for how they -- paid a bonus for how they were
 9    evaluated by customers?
10         A    I did not.
11         Q    Do you have any understanding of whether
12    drivers were paid a bonus for customer evaluations?
13         A    I heard of one but I didn't know any drivers
14    who got it.
15         Q    So that's not something you discussed in your
16    initial meeting with the drivers after they signed their
17    contract with Terry?
18         A    No.
19         Q    Did you say you have heard of one, though?
20         A    I've heard of the whole company gets one.  I
21    didn't see one as a delivery manager so I didn't -- I've
22    never heard of drivers saying they got one either but I
23    never asked.
24         Q    Did you ever get a bonus for customer surveys?
25         A    No.
                                .
```