**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RICHARD COLON,**

    **Plaintiff,**

**v.**                                                                              **Case No: 8:17-CV-1578-T-27SPF**

**SE INDEPENDENT DELIVERY**
**SERVICES, INC.,**

    **Defendant.**
_____/

**ORDER**

    **BEFORE THE COURT** is the parties' Stipulation for Voluntary Dismissal With Prejudice (Dkt. 92). Upon consideration, this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All pending motions are denied as moot. The Clerk is directed to **CLOSE** the file.

    **DONE AND ORDERED** this 5th day of September, 2018.

                                           */s/ James D. Whittemore*

                                           **JAMES D. WHITTEMORE**
                                           **United States District Judge**

Copies to:
Counsel of Record